**Motion Granted; Abatement Order filed December 11, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00172-CV
_____

### DR. JOEL JOSELEVITZ, Appellant

### V.

### CAROL ROANE, INDIVIDUALLY, AND COX MEDIA GROUP, Appellees

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2014-66926**

## ABATEMENT ORDER

On December 4, 2018, appellant filed a third motion to extend time to file his reply brief noting that the parties were engaged in discussion to settle the issues on appeal. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until March 1, 2019. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other

dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.


PER CURIAM